# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 13, 2017

## NO. 03-15-00317-CV

**Terry Randall, Appellant**

**v.**

**Herbert J. Walker d/b/a Walker Water Well; and
Walker Water Well Services, LLC, Appellee**

**APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on April 21, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment for Terry Randall in accordance with the jury's findings. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.